UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SMITH,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | CAUSE NO.: 2:22-CV-135-PPS-JEM |
| WARDEN,<br>    Defendant. | )<br>)<br>) | |

**ORDER**

This matter is before the Court *sua sponte*. Christopher Smith, a prisoner without a lawyer, filed this case in the Hammond Division raising claims based on events which occurred in Westville Correctional Facility, located within the geographical boundaries of the South Bend Division. When "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division." N.D. Ind. L.R. 3-1(b).

For these reasons, the Court **DIRECTS** the Clerk of Court to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED this 18th day of May, 2022.

                                      s/ John E. Martin
                                      MAGISTRATE JUDGE JOHN E. MARTIN
                                      UNITED STATES DISTRICT COURT

cc:    All counsel of record
        Plaintiff, *pro se*