AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHRISTOPHER SMITH
    Petitioner

v.                                                         Civil Action No. 3:22-cv-400

WARDEN, *Westville Correctional Facility*
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED as an attempt to pursue an unauthorized successive petition in violation of 28 U.S.C. § 2244(b)(3)(A). The Court DENIES Christopher Smith a certificate of appealability pursuant to Section 2254 Habeas Corpus Rule 11.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Jon E. DeGuilio on a Petition for Writ of Habeas Corpus.

DATE: 05/23/2022                              GARY T. BELL, CLERK OF COURT

                                              by    s/J. Barboza
                                                 *Signature of Clerk or Deputy Clerk*